1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN PHAN (CABN 241637)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Facsimile: (415) 436-7234
      E-Mail: Susan.Phan@usdoj.gov
8
   Attorneys for the United States of America
9

FILED

MAY - 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 11-0257 CRB
                                     )
15        Plaintiff,                 )
                                     )
16        v.                         )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME UNDER 18
17  RAMON ALBERTO OSORIO CORRAL,     )    U.S.C. § 3161
                                     )
18        Defendant.                 )
                                     )
19  ─────────────────────────────────

20       On April 25, 2011, the parties in this case appeared before the Court for a detention

21  hearing. The Court ordered Mr. Corral detained. At that time, the Court also set the matter to

22  May 11, 2011 before Judge Charles R. Breyer. The parties have agreed to exclude the period of

23  time between April 25, 2011 to May11, 2011, from any time limits applicable under 18 U.S.C. §

24  3161. The parties represented that granting the exclusion would allow the reasonable time

25  necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties

26  also agree that good cause exists, and that the ends of justice served by granting such an

27  exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18

28  U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0257 CRB

1 | At the hearing, the Court made findings consistent with this agreement.
2 | SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: April 25, 2011              /s/
                         SUSAN PHAN
                         Special Assistant U.S. Attorney

DATED: April 25, 2011              /s/
                         RITA BOSWORTH
                         Attorney for RAMON ALBERTO OSORIO CORRAL

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0257 CRB

[PROPOSED] ORDER

For the reasons stated above and at the April 25, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from April 25, 2011 through May 11, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 4/29/11

_____
THE HONORABLE EDWARD M. CHEN
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0257 CRB