IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>RAMON OSORIO CORRAL,<br><br>        Defendant._____/ | No. CR 11-257 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendant Ramon Osorio Corral has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Good cause appearing therefor, the Government is hereby ORDERED to file an opposition to Defendant's motion within sixty (60) days of this Order.  Defendant may file a reply within thirty (30) days thereafter, if he wishes to do so.

**IT IS SO ORDERED.**

Dated: January 29, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE